UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND W. FULLERTON, Plaintiff, v. TIM SAXON, et al., Defendants. | Case No. 2:23-cv-2801-DC-JDP (P) FINDINGS AND RECOMMENDATIONS |

This action was dismissed nearly two years ago, on November 7, 2024, for failure to prosecute, failure to comply with court orders, and failure to state a claim. ECF No. 10. On August 17, 2026, plaintiff submitted a one-page motion to reopen the case that offered no explanation for his earlier failure to prosecute or for the lengthy delay in moving to reopen. ECF No. 12. The motion to reopen was referred to me by the district judge, ECF No. 13, and I now recommend that it be denied.

A rule 60(b) motion "must be made within a reasonable time . . . no more than a year after the entry of judgment . . . ." Fed. R. Civ. P. 60(c)(1). Here, the motion to reopen is plainly untimely because it was filed nearly two years after the judgment, without any explanation that might justify such a lengthy delay. Accordingly, I recommend that it be denied on that basis.

It is RECOMMENDED that plaintiff's motion to reopen case, ECF No. 12, be DENIED as untimely.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: October 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE