UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND W. FULLERTON,

Plaintiff,

v.

TIM SAXON, et al.,

Defendants.

Case No. 2:23-cv-2801-DC-JDP (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 12, 14)

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2026, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 14. Plaintiff has not filed objections to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

[1] Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his/her current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 27, 2026, ECF No. 14, are ADOPTED;
2. Plaintiff's motion to reopen case, ECF No. 12, is DENIED as untimely; and
3. This case shall remain closed.

IT IS SO ORDERED.

Dated: **November 25, 2026**

Dena Coggins
United States District Judge